# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN POTTS,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA,<br><br>    Respondent. | Case No. 1:25-cv-00439-EPG-HC<br><br>ORDER DENYING PETITIONER'S MOTION TO PROCEED WITH DELAYED PAYMENT AS MOOT<br><br>(ECF No. 2) |

Petitioner Kevin Potts is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 16, 2025, Petitioner filed a motion to proceed with delayed payment along with his petition for writ of habeas corpus. (ECF No. 2.) On April 17, 2025, the Court received his filing fee.

Accordingly, Petitioner's motion to proceed with delayed payment (ECF No. 2) is DENIED as MOOT.

IT IS SO ORDERED.

Dated: **April 18, 2025**              /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE