# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN POTTS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA,<br><br>　　　　Respondent. | Case No. 1:25-cv-00439-KES-EPG-HC<br><br>ORDER PROVISIONALLY SEALING PETITIONER'S NOTICE AND DIRECTING PETITIONER TO SUBMIT ADDITIONAL INFORMATION IN SUPPORT OF SEALING |

　　　The Court has received Petitioner's notice of change of address and request to seal address from public record due to safety concerns. Therein, Petitioner provides his current address and "asks the court to shield his address from the public docket to preserve his safety." However, Petitioner does not provide any information regarding his safety concerns and why sealing is necessary to preserve his safety.

　　　The Court will provisionally seal Petitioner's notice of change of address for two weeks to allow Petitioner an opportunity to provide good cause for further sealing.

///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's notice of change of address is PROVISIONALLY SEALED; and
2. Within **FOURTEEN (14) days** of the date of service of this order, Petitioner SHALL file additional information in support of sealing his notice of change of address.

IT IS SO ORDERED.

Dated:  **October 24, 2025**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2